IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| GLEN R. BELANGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 112-065 ) |
| BARLOWORLD HANDLING LLC (DE), et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

The case is now before the Court on the parties' notice of settlement in which they seek sixty days to finalize the settlement and dismiss the case. (Doc. no. 13.) The Court **GRANTS** the request for sixty days to consummate settlement. The Court **ORDERS** the parties to submit to the Court on or before November 3, 2014 a joint stipulation of dismissal with prejudice as to the above-styled action and all claims contained therein.

SO ORDERED this 8th day of September, 2014, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA